# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Criminal No. 3:10-00264<br>) Judge Trauger |
| EPIFANIO RODRIGUEZ | ) |

## **O R D E R**

A hearing was held on April 2, 2013 on the Petition to Revoke Supervision (Docket No. 4). The parties made a Joint Recommendation (Docket No. 15-1) that is acceptable to the court.

The defendant pled guilty to Violations 2 and 3, and the court finds those violations **ESTABLISHED**. It is hereby **ORDERED** that the defendant's supervised release is **REVOKED**, and he is sentenced to serve 24 months in the custody of the Bureau of Prisons, the sentence to run concurrently with any sentence imposed by the state courts of the Parish of Quachita, Louisiana for the June 6, 2010 possession of marijuana charge. No supervised release will follow the custody sentence. The court recommends that the defendant be housed in a federal facility in Louisiana or a facility close to the state of Louisiana.

It is so **ORDERED.**

Enter this 2nd day of April 2013.

_____
ALETA A. TRAUGER
United States District Judge